UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**CHRISTOPHER FON MUSORO**         **CIVIL ACTION NO. 10-293**
A# 98-379-492                                          **SECTION P**
Reg # 37939-265

**VS.**                                                         **JUDGE MINALDI**

**ERIC H. HOLDER, JR.**                       **MAGISTRATE JUDGE KAY**

## REPORT AND RECOMMENDATION

Before the court is a petition for writ of habeas corpus filed on February 10, 2010 by *pro se* petitioner, Christopher Fon Musoro, pursuant to 28 U.S.C. §2241. At the time of filing, petitioner was an immigration detainee in the custody of the Department of Homeland Security/United States Immigration and Customs Enforcement (DHS/ICE) and was detained at the Federal Detention Center, Oakdale, Louisiana. Petitioner has subsequently been released. By this petition, he sought review of his custody status.

Petitioner, a citizen of Cameroon, stated that he had been under an order of removal since May 17, 2005. In sum, he challenged his post-removal-order custody as indefinite. In support of this assertion, the petitioner stated that he fully complied with the respondent's requests in his removal proceedings.

Thus, on May 14, 2010, this court issued a Memorandum Order [Doc. 2] directing service of the petition. On May 24, 2010, the service order was returned with the notation that petitioner had been released [Doc. 3]. In light of the information on the Federal Bureau of Prison's website which establishes that the petitioner was released from post-removal-order detention custody on

February 2, 2010, the court finds that his challenge to his detention is now moot and should be dismissed.

Accordingly,

**IT IS RECOMMENDED** that the petition be **DENIED** and **DISMISSED** as moot.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have fourteen (14) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 28th day of October, 2010.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE