RECEIVED
IN LAKE CHARLES, LA

JAN - 4 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FON MUSORO<br>A# 98-379-492<br>Reg # 37939-265 | : | DOCKET NO. 2:10-cv-293 |
| VS. | : | JUDGE MINALDI |
| ERIC H. HOLDER, JR. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted.  Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct.  Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED as moot.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this _____ day of _____, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE